**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Feb. 18, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of February, 2009, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**

**Christopher HESS, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS (Jeffrey Beard), and Verizon of Pennsylvania, and T–Netix Services, Inc., and T–Netix Telecommunications Services, Inc., Appellees.**

Supreme Court of Pennsylvania.

Feb. 19, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of February, 2009, the order of the Commonwealth Court is **AFFIRMED.**